# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

DANJUMA LEE MARSHALL,

    Petitioner,

         -vs-

LEBANON CORRECTIONAL INSTITUTION,

    Respondent.

Case No. 2:11-cv-249

District Judge Algenon L. Marbley
Magistrate Judge Michael R. Merz

## TRANSFER ORDER

With the consent of District Judge Marbley and both Magistrate Judges, the reference in the above-captioned habeas corpus action is hereby TRANSFERRED from the docket of Magistrate Judge Deavers to that of Magistrate Judge Merz.

January 14, 2013.

                                                                          s/ *Michael R. Merz*
                                                                 United States Magistrate Judge