**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**DANJUMA LEE MARSHALL,**

    Petitioner,

v.

**WARDEN, LEBANON
CORRECTIONAL INSTITUTION,**

    Respondent.

**CASE NO. 2:11-CV-249
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE MICHAEL R. MERZ**

## OPINION AND ORDER

On January 22, 2013, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This action is hereby **DISMISSED.**

**IT IS SO ORDERED.**

                                                                                        **s/Algenon L. Marbley**
                                                                                      ALGENON L. MARBLEY
                                                                                      United States District Judge